UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN J. AQUINO,<br>CHAPTER 7 TRUSTEE<br>By Its Assignee,<br>Convergent Distributors of Texas, LLC<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER CAPITAL, LP<br>&<br>Its Managing Partners:<br>JOSEPH AMATO,<br>ROCCO GUIDICIPIETRO, and<br>NESA MANAGEMENT, LLC<br><br>Defendants | Case #1:21-cv-01355-JSR |

## DECLARATION
## OF JOSEPH AMATO

I, Joseph Amato, make the following statement under the pains and penalties of perjury:

1. I was born on June 2, 1972. I reside in Hamburg, New Jersey and am a United States citizen.

2. I am currently the Chief Executive Officer ("CEO") of Alexander Capital, L.P. and am a 50% owner of NESA Management, LLC.

3. I have never been a partner or member of Alexander Capital, L.P., nor have I ever directly owned any portion of it.

4. In December of 2013 NESA Management, LLC obtained a 24.9% ownership interest in Alexander Capital, L.P.

5. In December of 2017 NESA Management, LLC obtained a majority interest in Alexander Capital, L.P.

6. At various times I may have colloquially referred to myself as an "owner" of Alexander Capital, L.P., but this was intended to denote that I held an indirect ownership interest in the firm.

7. To the best of my knowledge I have never held myself out as a partner in Alexander Capital, L.P., nor have I permitted others to do so.

8. I have never registered with FINRA as a direct owner of Alexander Capital, L.P., nor has Alexander Capital, L.P. ever informed FINRA that I had obtained a membership interest.

9. I have never entered into any contract or agreement whereby I would have a direct ownership interest in Alexander Capital, L.P.

Dated: March 15, 2022

_____
Joseph Amato