# Delaware

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "ALEXANDER CAPITAL, L.P.", FILED IN THIS OFFICE ON THE TWENTY-EIGHTH DAY OF SEPTEMBER, A.D. 2021, AT 9:04 O`CLOCK A.M.

*Jeffrey W. Bullock, Secretary of State*

2565134  8100
SR# 20213359398
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 204270065
Date: 09-28-21

ACLP-Inpellis-DE-000001

State of Delaware
Secretary of State
Division of Corporations
Delivered 09:04 AM 09/28/2021
FILED 09:04 AM 09/28/2021
SR 20213359398 - File Number 2565134

# STATE OF DELAWARE
# AMENDMENT TO THE CERTIFICATE
# OF LIMITED PARTNERSHIP

The undersigned, desiring to amend the Certificate of Limited Partnership pursuant to the provisions of Section 17-202 of the Revised Uniform Limited Partnership Act of the State of Delaware, does hereby certify as follows:

**FIRST:** The name of the Limited Partnership is Alexander Capital, L.P.

**SECOND:** Article 3 of the Certificate of Limited Partnership shall be amended as follows:

    The name and mailing address of each general partner is as follows:

        EXITUS, LLC
        17 State Street, 5th Floor
        New York, NY 10004

**THIRD:** The amendment is effective December 19, 2013, for accounting purposes only.

**IN WITNESS WHEREOF**, the undersigned executed this Amendment to the Certificate of Limited Partnership on this 27th day of September, A.D. 2021.

        EXITUS, LLC, General Partner
        By: _____
        Name: Joseph V. Figliolo
        Title: Authorized Person