

Page 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "ALEXANDER CAPITAL, L.P.", FILED IN THIS OFFICE ON THE TWENTY-EIGHTH DAY OF SEPTEMBER, A.D. 2021, AT 9:06 O`CLOCK A.M.

Jeffrey W. Bullock, Secretary of State

2565134  8100  
SR# 20213359516  
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 204270087  
Date: 09-28-21

ACLP-Inpellis-DE-000003

```
                                          State of Delaware
                                          Secretary of State
                                          Division of Corporations
                                          Delivered 09:04 AM 09/28/2021
                                          FILED 09:06 AM 09/28/2021
                                          SR 20213359516 - File Number 2565134
```

# STATE OF DELAWARE
# AMENDMENT TO THE CERTIFICATE
# OF LIMITED PARTNERSHIP

The undersigned, desiring to amend the Certificate of Limited Partnership pursuant to the provisions of Section 17-202 of the Revised Uniform Limited Partnership Act of the State of Delaware, does hereby certify as follows:

**FIRST:** The name of the Limited Partnership is Alexander Capital, L.P.

**SECOND:** Article 3 of the Certificate of Limited Partnership shall be amended as follows:

The name and mailing address of each general partner is as follows:

NESA MANAGEMENT, LLC
17 State Street, 5th Floor
New York, NY 10004

**THIRD:** The amendment is effective December 14, 2017, for accounting purposes only.

**IN WITNESS WHEREOF**, the undersigned executed this Amendment to the Certificate of Limited Partnership on this 27 day of September, A.D. 2021.

NESA MANAGEMENT, LLC,
General Partner

By: _____
Name: Rocco Guidicipietro
Title: Member

4824-7283-8908, v.1

ACLP-Inpellis-DE-000004