# Delaware
### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT "ALEXANDER CAPITAL, L.P." IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE NOT HAVING BEEN CANCELLED OR REVOKED SO FAR AS THE RECORDS OF THIS OFFICE SHOW AND IS DULY AUTHORIZED TO TRANSACT BUSINESS.

THE FOLLOWING DOCUMENTS HAVE BEEN FILED:

CERTIFICATE OF LIMITED PARTNERSHIP, FILED THE TWENTY-SEVENTH DAY OF NOVEMBER, A.D. 1995, AT 4:30 O`CLOCK P.M.

CERTIFICATE OF RESTORATION, FILED THE TWENTY-THIRD DAY OF JANUARY, A.D. 1998, AT 9 O`CLOCK A.M.

CERTIFICATE OF REVIVAL, FILED THE TWENTY-THIRD DAY OF APRIL, A.D. 2012, AT 6:03 O`CLOCK P.M.

CERTIFICATE OF AMENDMENT, FILED THE TWENTY-EIGHTH DAY OF SEPTEMBER, A.D. 2021, AT 9:04 O`CLOCK A.M.

CERTIFICATE OF AMENDMENT, FILED THE TWENTY-EIGHTH DAY OF SEPTEMBER, A.D. 2021, AT 9:06 O`CLOCK A.M.

*Jeffrey W. Bullock, Secretary of State*

2565134  8310
SR# 20213411337

Authentication: 204311142
Date: 10-04-21

You may verify this certificate online at corp.delaware.gov/authver.shtml

ACLP-Inpellis-DE-000005



Page 2

The First State

*AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED PARTNERSHIP, "ALEXANDER CAPITAL, L.P.".*

*AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.*

Jeffrey W. Bullock, Secretary of State

2565134  8310
SR# 20213411337
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 204311142
Date: 10-04-21

ACLP-Inpellis-DE-000006