# Delaware

Page 1

## The First State

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "ALEXANDER CAPITAL, L.P.", FILED IN THIS OFFICE ON THE THIRD DAY OF JANUARY, A.D. 2022, AT 8:09 O`CLOCK A.M.*





Jeffrey W. Bullock, Secretary of State

2565134  8100
SR# 20220014310

Authentication: 202324097
Date: 01-05-22

You may verify this certificate online at corp.delaware.gov/authver.shtml

ACLP_Inpellis 017875

State of Delaware
Secretary of State
Division of Corporations
Delivered 10:58 AM 01/04/2022
FILED 08:09 AM 01/03/2022
SR 20220014310 - File Number 2565134

# STATE OF DELAWARE
# AMENDMENT TO THE CERTIFICATE
# OF LIMITED PARTNERSHIP

The undersigned, desiring to amend the Certificate of Limited Partnership pursuant to the provisions of Section 17-202 of the Revised Uniform Limited Partnership Act of the State of Delaware, does hereby certify as follows:

**FIRST:** The name of the Limited Partnership is Alexander Capital, L.P.

**SECOND:** Article 3 of the Certificate of Limited Partnership shall be amended as follows:

   The name and mailing address of each general partner is as follows:

   SENA MANAGEMENT, LLC
   6 Havenhill Road
   Hamburg, NJ 07419

**THIRD:** For accounting purposes only, the amendment is effective December 1, 2021.

**IN WITNESS WHEREOF**, the undersigned executed this Amendment to the Certificate of Limited Partnership on this **31st** day December, A.D. 2021.

SENA MANAGEMENT, LLC,
General Partner

By: _____
Name: Rocco Guidicipietro
Title: Member

4864-2990-9256, v.1

ACLP_Inpellis 017876

State of Delaware
Secretary of State
Division of Corporations
Delivered 10:58 AM 01/04/2022
FILED 08:09 AM 01/03/2022
SR 20220014310 - File Number 2565134

# STATE OF DELAWARE

## WAIVER OF REQUIREMENT
## FOR AFFIDAVIT OF EXTRAORDINARY EVENT CONDITION

It appears to the Secretary of State that an earlier effort to deliver this instrument and tender such taxes and fees was made in good faith on the file date stamped hereto. The Secretary of State has determined that an extraordinary event condition (as reflected in the records of the Secretary of State) existed at such date and time and that such earlier effort was unsuccessful as a result of the existence of such extraordinary condition, and that such actual delivery and tender were made within a reasonable period (not to exceed two business days) after the cessation of such extraordinary condition and establishes such date and time and the filing date of such instrument.

*[signature: Jeffrey W. Bullock, Secretary of State]*

JEFFREY W. BULLOCK
Secretary of State

ACLP_Inpellis 017877