| | |
|---|---|
| **From:** | "Chris Carlin" <ccarlin@alexandercapitallp.com> |
| **Sent:** | Tue, 19 Aug 2014 13:32:05 +0000 |
| **To:** | "rosenm@gtlaw.com" <rosenm@gtlaw.com> |
| **Cc:** | "Gmail" <gregkroning62@gmail.com> |
| **Subject:** | Thank you |

Marvin,

It was a pleasure meeting you yesterday. My mind has been racing on ways to work together. I will circle back with a few other senior members here and get back to you with our thoughts. Thanks again.

Regards,

Chris Carlin

**Christopher Carlin**
*Head of Global Equity Capital Markets*
**Alexander Capital LP**
Phone - 646 787 8890
E mail - ccarlin@alexandercapitallp.com

Neither Alexander Capital, LP nor any of its affiliates (collectively, "Alexander Capital, LP") is responsible for any recommendation, solicitation, offer or agreement or any information about any transaction, customer account or account activity in this communication. Confidential or time-sensitive security-related communications should not be transmitted to Alexander Capital, LP via the Internet as there can be no assurance that messages transmitted by electronic mail will not be corrupted, lost, deleted or modified. Alexander Capital, LP reserves the right to refrain from processing or executing mail until verification of the information is obtained in another format acceptable to Alexander Capital, LP.

Neither Alexander Capital, LP nor any of its affiliates (collectively, "Alexander Capital, LP") is responsible for any recommendation, solicitation, offer or agreement or any information about any transaction, customer account or account activity in this communication. Confidential or time-sensitive security-related communications should not be transmitted to Alexander Capital, LP via the Internet as there can be no assurance that messages transmitted by electronic mail will not be corrupted, lost, deleted or modified. Alexander Capital, LP reserves the right to refrain from processing or executing mail until verification of the information is obtained in another format acceptable to Alexander Capital, LP.