UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN J. AQUINO, CHAPTER 7 TRUSTEE By Its Assignee, Convergent Distributors of Texas, LLC <br><br> Plaintiff, <br><br> v. <br><br> ALEXANDER CAPITAL, LP & Its Managing Partners: JOSEPH AMATO, ROCCO GUIDICIPIETRO, and NESA MANAGEMENT, LLC <br><br> Defendants | Case #1:21-cv-01355-JSR |

**DECLARATION OF WILLIAM C. RAND, ESQ.
IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

# EXHIBIT 6

# 9-29-15 Mooney Email to ACLP Re: $75M Valuation

|  |  |
|---|---|
| **From:** | "Patrick Mooney" <pmooney@inpellisrx.com> |
| **Sent:** | Tue, 29 Sep 2015 18:08:43 +0000 |
| **To:** | "Adam Cichetti" <acichetti@alexandercapitallp.com> |
| **Cc:** | "Chris Carlin" <ccarlin@alexandercapitallp.com> |
| **Subject:** | Re: Missed call, Inpellis San Francisco non-deal roadshow |

We just raised ~$5mn at a $75mn valuation.  Previous money raised has amounted to $60mn into the parent, which got the technology to the current stage—although not all of that we to the ibuprofen and benfotiamine products.
Major investors from last round are:
1. private equity fund $3mn
2. crossover fund $1.25mn
3. 4-5 high net worth investors ~$1mn
Board and management are on this link:
http://www.inpellisrx.com/?page_id=50
pm

> On Sep 25, 2015, at 5:21 PM, Adam Cichetti <acichetti@alexandercapitallp.com> wrote:
>
> A hedge fund associated with Latterell Venture Partners in SF.
>
> Sent from my iPhone
>
> On Sep 25, 2015, at 5:08 PM, "Patrick Mooney" <pmooney@inpellisrx.com> wrote:
>
>> Who is the account?
>>
>> Sent from my iPhone
>>
>> On Sep 25, 2015, at 5:04 PM, Adam Cichetti <acichetti@alexandercapitallp.com> wrote:
>>
>>> Pat,
>>> Please provide updated answers to the below questions.
>>> Thanks
>>>
>>> Sent from my iPhone
>>>
>>> Begin forwarded message:
>>>
>>>> Adam,
>>>> Thanks for the note and phone call.  It won't work to meet this week, but I'll review the materials and should be back in touch shortly.  Can you mention how much $ the company has raised thus far, who the major investors are, who is on the board, the size and valuation at the most recent financing?
>>> Neither Alexander Capital, LP nor any of its affiliates (collectively, "Alexander Capital, LP") is responsible for any recommendation,



IAP-Inpellis- 0012947

solicitation, offer or agreement or any information about any transaction, customer account or account activity in this communication. Confidential or time-sensitive security-related communications should not be transmitted to Alexander Capital, LP via the Internet as there can be no assurance that messages transmitted by electronic mail will not be corrupted, lost, deleted or modified. Alexander Capital, LP reserves the right to refrain from processing or executing mail until verification of the information is obtained in another format acceptable to Alexander Capital, LP.

Neither Alexander Capital, LP nor any of its affiliates (collectively, "Alexander Capital, LP") is responsible for any recommendation, solicitation, offer or agreement or any information about any transaction, customer account or account activity in this communication. Confidential or time-sensitive security-related communications should not be transmitted to Alexander Capital, LP via the Internet as there can be no assurance that messages transmitted by electronic mail will not be corrupted, lost, deleted or modified. Alexander Capital, LP reserves the right to refrain from processing or executing mail until verification of the information is obtained in another format acceptable to Alexander Capital, LP.