UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN J. AQUINO,
Chapter 7 Trustee,
by his assignee, Convergent
Distributors of Texas, LLC,

      Plaintiff-Counter-
      Defendant,

      -v-

ALEXANDER CAPITAL, LP, and
its Managing Partners:
JOSEPH AMATO,
ROCCO GUIDICIPIETRO, and
NESA MANAGEMENT, LLC,

      Defendants-Counter-
      Claimants.

21-cv-01355 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

During a January 11, 2022 telephonic hearing, this Court resolved a series of discovery disputes that were the subject of defendants' 11/26/21 motion to compel (Dkt. 73) and plaintiff's 1/7/22 motion to limit discovery on behalf of various non-party witnesses (Dkt. 84). As the disputes underlying those two motions were fully resolved, the motions are hereby denied as moot. Additionally, the Court denies as moot defendants' 2/11/22 motion for leave to take a 30(B)(6) deposition of Inpellis and request for sanctions (Dkt. 96) as that motion was withdrawn by defendants later that same day (Dkt. 98).

The clerk is directed to close items 73, 84, and 96 on the docket.

SO ORDERED.

New York, NY
September 14, 2022

JED S. RAKOFF, U.S.D.J.

1