UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JOHN J. AQUINO,<br>CHAPTER 7 TRUSTEE<br>By Its Assignee,<br>Convergent Distributors of Texas, LLC<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER CAPITAL, LP<br>&<br>Its Managing Partners:<br>JOSEPH AMATO,<br>ROCCO GUIDICIPIETRO, and<br>NESA MANAGEMENT, LLC<br><br>Defendants | Case #1:21-cv-01355-JSR |

**PLAINTIFF'S SUPPLEMENT TO DAMAGES SECTION V(A)
OF THE PARTIES' JOINT PROPOSED PRETRIAL CONSENT ORDER**

**Punitive Damages Claim**

Plaintiff, to the extent allowed by law, intends to seek exemplary and punitive damages based on the expected evidence at trial showing Defendants intentionally engaged in fraudulent conduct in a persistent, reckless, willful and wanton manner and with a conscious disregard for the rights of ACLP' client.

Dated:  June 21, 2023.

 Respectfully Submitted By:

/s/ William C. Rand
William C. Rand, Esq.
501 Fifth Ave. 15th Floor
New York, N.Y 10017
Tel: 212-286-1425
Email: wcrand@wcrand.com
Attorney for Plaintiff by its assignee
Convergent Distributors of Texas, LLC