**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JOHN J. AQUINO,
Chapter 7 Trustee, by his assignee, Convergent
Distributors of Texas

               Plaintiff,                21 **CIVIL** 1355 (JSR)

     -against-                   **JUDGMENT**

ALEXANDER CAPITAL, LP, and its Managing
Partners: JOSEPH AMATO, ROCCO
GUIDICIPIETRO, and
NESA MANAGEMENT, LLC,

               Defendant.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Findings of Fact and Conclusions of Law dated July 6, 2023, Judgment is

hereby entered in favor of Defendants and the case is dismissed with prejudice.

**Dated:**  New York, New York
       July 7, 2023

                       **RUBY J. KRAJICK**

                     _____
                        **Clerk of Court**

          **BY:**

                     _____
                        **Deputy Clerk**